JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD LARRY THOMAS, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF BARSTOW, RUDY PEREZ, SCOTT JOHNSTON AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No. EDCV 12-00480 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation to Dismiss Case filed December 28, 2012, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 15, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge